**NORSK HYDRO CANADA INC., Plaintiff,**

v.

**UNITED STATES, Defendant,**

and

**U.S. Magnesium, LLC, Defendant–Intervenor.**

Slip Op. 08–23.
Court No. 03–00828.

United States Court of International Trade.

Feb. 26, 2008.

### JUDGMENT

DONALD C. POGUE, Judge.

Upon consideration of the Department of Commerce remand results filed in re-

sponse to the Court's order of November 28, 2007, Plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained, and it is further

ORDERED that judgment is entered in favor of the United States.